Date: 11/05/24

**GARY R. FARRAR TRUSTEE (855100)**
**COURT REMITTANCES**
Transaction Date Range 01/01/24 Through 11/05/24

Page: 1

Debtor Name **SERGIO MONTOYA**     Account No. **7855100000975**
Case Number **10-92283**

| Date | Check# | Payee | Check Amount | Claim # | Item# | Creditor | Claim Paid |
|---|---|---|---|---|---|---|---|
| **FUNDS REMITTED TO COURT** | | | | | | | |
| 11/05/24 | 2005 | UNITED STATES BANKRUPTCY COURT | 146,317.73 | 9 | | SERGIO MONTOYA<br>GENOVEVA MONTOYA | 146,317.73 |
| | | Account Totals | 146,317.73 | | | | |
| | | Case Totals | 146,317.73 | | | | |

FILED
NOV -7 2024
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
DPAS

COURTREM                                                        Printed: 11/05/24 09:35 AM   Ver: 22.071