GARY R. FARRAR  
TRUSTEE IN BANKRUPTCY  
P.O. BOX 576097  
MODESTO, CA 95357-6097  

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA
### MODESTO DIVISION

| In Re: | § | |
|---|---|---|
| | § | |
| SERGIO MONTOYA | § | Case No. 10-92283-E-7 |
| GENOVEVA MONTOYA | § | |
| | § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GARY R. FARRAR TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 129,425.00　　　　　　　　Assets Exempt: 26,675.00  
*(Without deducting any secured claims)*

Total Distributions to Claimants: 97,531.89　　　Claims Discharged  
　　　　　　　　　　　　　　　　　　　　　　　　　Without Payment: 0.00

Total Expenses of Administration: 197,888.90

---

3) Total gross receipts of $ 441,738.52 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 146,317.73 (see **Exhibit 2**), yielded net receipts of $ 295,420.79 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 102,092.54 | $ 102,092.54 | $ 92,428.86 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 197,888.90 | 197,888.90 | 197,888.90 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 4,875.49 | 4,875.49 | 5,103.03 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 304,856.93 | $ 304,856.93 | $ 295,420.79 |

4) This case was originally filed under chapter 7 on 06/15/2010. The case was pending for 176 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/04/2024     By:/s/GARY R. FARRAR TRUSTEE
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Roundup Products Liability Case (u) | 1229-000 | 441,738.52 |
| **TOTAL GROSS RECEIPTS** | | **$441,738.52** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-000 | 146,317.73 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 146,317.73** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | GMAC | 4210-000 | NA | 9,663.68 | 9,663.68 | 0.00 |
| | (GSA), GROSS SETLEMENTAWARD | 4220-000 | NA | 92,428.86 | 92,428.86 | 92,428.86 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 102,092.54** | **$ 102,092.54** | **$ 92,428.86** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:GARY R. FARRAR TRUSTEE | 2100-000 | NA | 9,500.00 | 9,500.00 | 9,500.00 |
| TRUSTEE EXPENSES:GARY R. FARRAR TRUSTEE | 2200-000 | NA | 21.15 | 21.15 | 21.15 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):BAKKEN LAW FIRM | 3110-000 | NA | 11,560.00 | 11,560.00 | 11,560.00 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):BAKKEN LAW FIRM | 3120-000 | NA | 112.34 | 112.34 | 112.34 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):ANDRUS WAGSTAFF, P.C. | 3210-000 | NA | 12,368.68 | 12,368.68 | 12,368.68 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):BALABAN LAW,LLC | 3210-000 | NA | 93,648.57 | 93,648.57 | 93,648.57 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):HENSLEY LEGAL GROUP, P.C. | 3210-000 | NA | 70,678.16 | 70,678.16 | 70,678.16 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 197,888.90 | $ 197,888.90 | $ 197,888.90 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | AMERICAN EXPRESS NATIONAL BANK | 7100-000 | NA | 4,875.49 | 4,875.49 | 4,875.49 |
| | AMERICAN EXPRESS NATIONAL BANK | 7990-000 | NA | NA | NA | 227.54 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 4,875.49 | $ 4,875.49 | $ 5,103.03 |

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-92283 | Judge: HONORABLE RONALD H. SARGIS |
|---|---|---|
| Case Name: | SERGIO MONTOYA | |
| | GENOVEVA MONTOYA | |
| For Period Ending: | 12/04/24 | |

| | |
|---|---|
| Trustee Name: | GARY R. FARRAR TRUSTEE |
| Date Filed (f) or Converted (c): | 06/15/10 (f) |
| 341(a) Meeting Date: | 07/23/10 |
| Claims Bar Date: | 12/21/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5624 Greco Lane, Salida, CA 95368 | 140,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash On Hand | 600.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS AND FURNISHINGS | 3,000.00 | 0.00 | | 0.00 | FA |
| 4. Personal Clothes | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. 2004 GMC Yukon | 9,875.00 | 416.00 | | 0.00 | FA |
| 6. 2003 GMC Sierra PU | 1,625.00 | 0.00 | | 0.00 | FA |
| 7. Roundup Products Liability Case (u) (u) | 0.00 | 185,238.52 | | 441,738.52 | FA |

TOTALS (Excluding Unknown Values)     $156,100.00     $185,654.52     $441,738.52

Value of Remaining Assets   $0.00

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

SHERI CARELLO CASE; RE-OPENED 8/25/21; ONE VALID UNSECURED CLAIM
9/14/22 no info on why re-opened case- request to OUST
12-27-22 consulting new counsel for effort to bring case to settlement per follow from class action group.
2/2/23 Email outline of setlement provided trustee. $450,000.
2/3/23 trustee retained counsel..Loris Bakken. Special counsel application requested for compromise settlement approval via Court
4/4/23 Trustee counsel has requested settlement update vis Archer
8/7/23 counsel and special counsel in place-expect close out-distribution by year end.
11/9/23 COURT APPROVES COMPROMISE AND SPECIAL COUNSEL FEES.. Trustee has requested counsel fee application at point funds for settlement are received. TFR to follow.
11/30/23 Placed series of emails in file. Monsanto(- round up) is prepared to pay settlment if Trustee executes a certain release clause. Trustee cousel addresses this un-necessary and inappropriate demand.
1/20/24 Trustee counsel advisesnot to sign release for settlement. Court Order to be followed. funds to settle are waiting for demanded release.
4/2/24 Settlement check is "in the mail". TFR to folow deposit
8/21/24 Only remaining issue is outstanding check for excess funds issued to debtors 7/9/24. If check staledates , trustee will submit funds to Court.

RE PROP# 7---per email from proposed special counsel- gross settlement $450,000. will adjust this asset value when final information for medical liens and projected legal fees are known.

**Form 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-92283 | Judge: HONORABLE RONALD H. SARGIS | Trustee Name: GARY R. FARRAR TRUSTEE |
| Case Name: | SERGIO MONTOYA | | Date Filed (f) or Converted (c): 06/15/10 (f) |
| | GENOVEVA MONTOYA | | 341(a) Meeting Date: 07/23/10 |
| | | | Claims Bar Date: 12/21/21 |

Initial Projected Date of Final Report (TFR): 12/31/22     Current Projected Date of Final Report (TFR): 06/30/24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 10-92283 -E | Trustee Name: | GARY R. FARRAR TRUSTEE |
|---|---|---|---|
| Case Name: | SERGIO MONTOYA | Bank Name: | Axos Bank |
| | GENOVEVA MONTOYA | Account Number / CD #: | *******0975 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3267 | | |
| For Period Ending: | 12/04/24 | Blanket Bond (per case limit): | $ 34,689,138.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/08/24 | 7 | GROSS SETTLEMENT AWARD (GSA) (GSA), GROSS SETTLEMENT AWARD LAW, BALABAN LAW, HENSLEY ANDRUS WAGSTAFF, P.C. (GSA), GROSS SETLEMENTAWARD | Memo Amount: 441,738.52<br>Memo Amount: ( 93,648.57 )<br>Memo Amount: ( 70,678.16 )<br>Memo Amount: ( 12,368.68 )<br>Memo Amount: ( 92,428.86 ) | 1229-000<br>3210-000<br>3210-000<br>3210-000<br>4220-000 | 172,614.25 | | 172,614.25 |
| 06/17/24 | 002001 | BAKKEN LAW FIRM<br>2715 WEST KETTLEMAN LANE<br>SUITE 203 #334<br>LODI, CA 95242<br>LORIS BAKKEN ESQUIRE | TRUSTEE COUNSEL FEES<br><br>Fees 11,560.00<br>Expenses 112.34 | 3110-000<br>3120-000 | | 11,672.34 | 160,941.91 |
| 07/09/24 | 002002 | GARY R. FARRAR TRUSTEE<br>P.O. BOX 576097<br>MODESTO<br>CA 95357 | Chapter 7 Compensation/Expense<br><br>Fees 9,500.00<br>Expenses 21.15 | 2100-000<br>2200-000 | | 9,521.15 | 151,420.76 |
| 07/09/24 | 002003 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Claim 000002, Payment 104.66702% 1001<br><br>Claim 4,875.49<br>Interest 227.54 | 7100-000<br>7990-000 | | 5,103.03 | 146,317.73 |
| * 07/09/24 | 002004 | SERGIO MONTOYA<br>GENOVEVA MONTOYA | Surplus Funds | 8200-004 | | 146,317.73 | 0.00 |
| * 10/17/24 | 002004 | SERGIO MONTOYA<br>GENOVEVA MONTOYA | Stop Payment Reversal<br>STOP PAYMENT | 8200-004 | | -146,317.73 | 146,317.73 |
| 11/05/24 | 002005 | UNITED STATES BANKRUPTCY COURT<br>501 "I" STREET, SUITE 3-200<br>SACRAMENTO, CA 95814-2322 | UNCLAIMED FUNDS BY DEBTOR-CANX CHECK STALE DATED- STOPPED PAYMENT<br>UNABLE TO CONTACT DEBTORS | 8200-000 | | 146,317.73 | 0.00 |

Total Of All Accounts 0.00